# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SAPAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AUTHORITY TAX SERVICES, LLC, a California Limited Liability Company, JOHNSON GIORDANO & ROTH, APC, a California Professional Corporation, WAYNE R. JOHNSON, and individual, THOMAS M. GIORDANO-LASCARI, and individual,<br><br>　　　　Defendants. | **Case No:** 13CV2782-JAH(JLB)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT JOHNSON GIORDANO & ROTH, APC** |

　　Pursuant to the joint motion of the parties for dismissal with prejudice and all other papers and arguments submitted with respect thereto, and good cause appearing therefore, IT IS HEREBY ORDERED this case is dismissed in its entirety with prejudice as to all defendants.

Dated:  October 16, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. JOHN A. HOUSTON

- 1 -

[proposed] ORDER OF DISMISSAL OF PARTY