Joshua D. Mackenroth, Esq. (SBN 166970)
Rhea L. Levine, Esq. (SBN 269162)
Law Office of Joshua D. Mackenroth, APC
2534 State Street, Suite 407
San Diego, CA 92101
(619) 516-8180 Phone
(888) 503-0665 Fax
sdlawyerhelp@gmail.com

Attorney for Defendants Authority Tax Services, LLC, a California Limited Liability Company; Johnson Giordano & Roth, APC, a California Professional Corporation; Wayne R. Johnson, an individual; Thomas M. Giordano-Lascari, an individual

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN SAPAN,<br><br>     Plaintiff,<br><br>     -vs-<br><br>AUTHORITY TAX SERVICES, a California Limited Liability Company, JOHNSON GIORDANO & ROTH, APC, a California Professional Corporation, WAYNE R. JOHNSON, an individual, THOMAS M. GIORDANO-LASCARI, an individual<br><br>     Defendants. | **Case No. 13-CV-2782 JAH JLB**<br><br>**JOINT NOTICE OF SETTLEMENT** |

Comes now jointly all parties in the above captioned action, to notify the Court that the parties have reached settlement of the material issues in dispute in

- 1 –
**NOTICE OF JOINT SETTLEMENT**

the above captioned case and expect to be able to draft and execute a final written settlement agreement within a reasonable amount of time, not to exceed forty five (45) days. Plaintiff will file a notice of dismissal with prejudice upon final settlement. The parties request that the Court continue all hearing dates and deadlines currently on calendar and set a status conference in forty five (45) days to report any problems if a dismissal is not filed by that time.

DATED: November 17, 2014				**PRATO & REICHMAN, APC**


						__/s/ Christopher J. Reichman____
						By: Christopher J. Reichman,
						Attorney for Plaintiff,
						JONATHAN SAPAN

## ATTESTATION

I hereby attest that Christopher J. Reichman has given me approval to file this Joint Notice. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: November 17, 2014          Law Office of Joshua D. Mackenroth, APC

By: _____
Joshua D. Mackenroth, Esq., Attorney of record for Defendants Authority Tax Services, LLC, a California Limited Liability Company; Johnson Giordano & Roth, APC, a California Professional Corporation; Wayne R. Johnson, an individual;

**NOTICE OF JOINT SETTLEMENT**